# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS O'LEARY, | 1:07-cv-0038 OWW LJO HC |
| Petitioner, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| ARNOLD SCHWARENEGGER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 7, 2007**            /s/ Lawrence J. O'Neill
23ehd0                                            UNITED STATES DISTRICT JUDGE