UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY FRANCIS O'LEARY, | ) | 1:07-CV-00038 OWW NEW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| GOVERNOR ARNOLD | ) | |
| SCHWARZENEGGER, et al., | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 14, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to allege grounds that would entitle Petitioner to relief. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1 *novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings
2 and Recommendation is supported by the record and proper analysis.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The Findings and Recommendation issued February 14, 2007, is ADOPTED IN FULL;
5    2. The petition for writ of habeas corpus is DISMISSED; and
6    3. The Clerk of the Court is DIRECTED to enter judgment.
7 IT IS SO ORDERED.
8 **Dated:   March 28, 2007**           **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE